**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DAVID S. LAGNER, | : | CIVIL ACTION |
| | : | |
| Claimant, | : | |
| | : | |
| v. | : | |
| | : | |
| MICHAEL J. ASTRUE, | : | No. 11-4628 |
| Commissioner of Social Security, | : | |
| | : | |
| Defendant. | : | |

**ORDER RE: REQUEST FOR REVIEW**

AND NOW, this 5th day of November, 2012, upon careful and independent consideration

of David S. Lagner's request for review (ECF No. 14), the parties' briefing, and for the reasons

discussed in the accompanying Memorandum, it is hereby ORDERED as follows:

(1) Lagner's request for review is DENIED and his Complaint is DISMISSED with

prejudice.

(2) The Clerk of Court is directed to mark the case as CLOSED for statistical purposes.


BY THE COURT:


/s/ Michael M. Baylson

Michael M. Baylson, U.S.D.J.


O:\CIVIL 11\11-4628 Lagner v SS\Order re Request for Review.wpd